IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:13-CR-00029 LJO |
| vs. | ) | ORDER OF RELEASE |
| JUAN MANUEL HERNANDEZ-OLIVARES | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on July 22, 2013 credit for time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated: July 23, 2013**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1